**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

Juan Benitez-Rodriguez,
Petitioner
-vs-
John E. Cantu, et al.,
Respondents.

CV-26-4874-PHX-JFM

**Order**

Under consideration is Petitioner's Motion to Enforce Judgment filed July 30, 2026 (Doc. 9). Although briefing on the motion is not complete, the Court finds further briefing unnecessary to a fair adjudication of the motion.

On July 23, 2026 the Court ordered Respondents to " provide Petitioner a BOND-DETERMINATION HEARING  before an immigration judge within seven days or RELEASE Petitioner from  custody under the same conditions that existed before Petitioner's detention." (Order 7/23/26, Doc. 7 at 2.)

The deadline to comply does not end until midnight on Thursday, July 30, 2026. The Court notes Petitioner's assertion no hearing has been scheduled. Even if the Court were to assume that did not bode well for a hearing, it does not foreclose timely compliance by release.  Ordinarily, the Court might defer ruling to see what happens. But the Court has a plethora of similar habeas petitions in process, making premature motions a waste of the Court's limited time.

**IT IS THEREFORE ORDERED** Petitioner's Motion to Enforce Judgment (Doc. 9) is **DENIED AS PREMATURE**.

Dated: July 30, 2026

26-4874-009o Order 26 07 30 on Motion to Enforce Judgment.docx

James F. Metcalf
United States Magistrate Judge

- 1 -