**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Juan Benitez-Rodriguez,<br>Petitioner<br>-vs-<br>John E. Cantu, et al.,<br>Respondents. | CV-26-4874-PHX-JFM<br><br>**Order to Show Cause** |

On July 23, 2026 the Court ordered Respondents to "provide Petitioner a BOND DETERMINATION HEARING before an immigration judge within seven days or RELEASE Petitioner from custody under the same conditions that existed before Petitioner's detention." (Order 7/23/26, Doc. 7 at 2.) That deadline expired on July 30, 2026. (A notice of compliance was due within 3 days thereafter, or by Monday, August 3, 2026.) Petitioner has now filed a Second Motion to Enforce Judgment (Doc. 11) asserting no action has been taken on the Court's Order.

**IT IS THEREFORE ORDERED** Respondents have through **12:00 p.m. MST** on **Tuesday, August 4, 2026** to file either: (1) a Notice of Compliance as directed in the Court's Order (Doc. 7); or (2) a response to Petitioner's Motion to Enforce Judgment (Doc. 11), and a response to this Order showing cause why an order for immediate release of Petitioner should not issue and Respondents should not be held in contempt of court.

Dated: August 3, 2026

26-4874o Order 26 07 31 re Resp to MEnforce.docx

James F. Metcalf
United States Magistrate Judge