**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Juan Benitez-Rodriguez, Petitioner -vs- John E. Cantu, et al., Respondents. | CV-26-4874-PHX-JFM |
| | **Order** |

Under consideration is Petitioner's Second Motion to Enforce Judgment filed July 31, 2026 (Doc. 11). Petitioner sought an order enforcing the judgment for a bond hearing for Petitioner or release, on the basis that neither had been timely completed. Respondents have now filed a Notice of Compliance (Doc. 13) reflecting Petitioner's release on August 4, 2026.

**IT IS THEREFORE ORDERED** Petitioner's Second Motion to Enforce Judgment (Doc. 11) is **DENIED AS MOOT**.

Dated: August 4, 2026

26-4874-011o Order 26 08 04 on Second Motion to Enforce Judgment.docx

James F. Metcalf
United States Magistrate Judge

- 1 -